UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAMS,    Petitioner,    v.  D. E. CUEVA,    Respondent. | No. 2:25-cv-2375 SCR P  ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The application attacks a conviction issued by the Alameda County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California.

DATED: August 27, 2027

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE